THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Christine Grove, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal from Georgetown County
John M. Milling, Circuit Court Judge
Memorandum Opinion No. 2009-MO-065
Heard November 18, 2009  Filed December
 14, 2009
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, of Columbia, and Solicitor John
 Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  We granted
 a writ of certiorari to review State v. Grove, Op. No. 2008-UP-278 (S.C.
 Ct. App. filed May 27, 2008).  We dismiss the writ as improvidently granted.  
DISMISSED AS
 IMPROVIDENTLY GRANTED.

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.